| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Haddon, Sam E. | 2. Court or Organization<br><br>District Court - Montana | 3. Date of Report<br><br>05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type (check appropriate type)**<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>Paul G Hatfield Courthouse<br>901 Front Street, Suite 3100A<br>Helena, MT 59626 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Buchanan Capital LLC for First Clearing - Pension Plan Distribution | $167,000.00 |
| 2. 2012 | Thrift Savings Plan | $68,472.88 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | The Northern Trust Company for Providence Health System - Retirement Distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American College of Trial Lawyers | Membership dues | $725.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds: Investment Company of America | A | Dividend | | | Sold | 02/28/12 | K | B | |
| 2. AWSHX - American Funds: Washington Mutual | C | Dividend | M | T | Sold (part) | 04/30/12 | L | C | |
| 3. Wells Fargo Money Market - See VIII | A | Interest | K | T | | | | | |
| 4. CAIBX - American Funds: Capital Income Builder | C | Dividend | K | T | Sold (part) | 04/30/12 | L | B | |
| 5. | | | | | Sold (part) | 06/20/12 | L | B | |
| 6. | | | | | Sold (part) | 08/16/12 | K | A | |
| 7. BGR - Blackrock Energy & Resource Trust Fund - See VIII | C | Dividend | K | T | Buy (add'l) | 03/13/12 | K | | |
| 8. PHO | A | Dividend | | | Sold | 03/02/12 | K | C | |
| 9. Wisdom Tree H/Y Euity FD (DHS) | A | Dividend | | | Sold (part) | 02/29/12 | L | A | |
| 10. | | | | | Sold | 08/16/12 | K | A | |
| 11. Wisdom Tree Diefa H/Y DVD Fund | A | Dividend | | | Sold | 04/30/12 | K | A | |
| 12. Claymore S&P Global Water ETF | A | Dividend | | | Sold | 02/28/12 | K | A | |
| 13. BTZ - Blackrock Cr Alloc Inc Tr IV - see VIII | B | Dividend | K | T | | | | | |
| 14. First Interstate Bank | A | Interest | N | T | | | | | |
| 15. Flushing Bank 3.0 | B | Interest | | | Matured | 01/17/12 | K | | |
| 16. County Bank 2.9 | C | Interest | M | T | | | | | |
| 17. Columbus Bank 1.5 | B | Interest | | | Matured | 11/19/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMECX - Income Fund of America (X) | C | Dividend | L | T | Buy | 02/29/12 | L | | |
| 19. PFXF - Prefered Securities ex-Financials (X) | B | Dividend | M | T | Buy | 08/21/12 | L | | |
| 20. | | | | | Buy (add'l) | 12/17/12 | L | | |
| 21. JPZ - Nuveen Equity Premium Income Fund (X) | C | Dividend | L | T | Buy | 06/25/12 | L | | |
| 22. JPC - Nuveen Preferred Income Opportunities Fund (X) | C | Dividend | L | T | Buy | 03/02/12 | K | | |
| 23. | | | | | Buy (add'l) | 05/03/12 | K | | |
| 24. HYS - Pimco 0-5 yr High Yeild Corp Bond Fund (X) | A | Dividend | L | T | Buy | 09/01/12 | L | | |
| 25. JTP - Nuveen Quality Preferred Income Fund (X) | C | Dividend | L | T | Buy | 03/02/12 | K | | |
| 26. | | | | | Buy (add'l) | 05/03/12 | K | | |
| 27. JPS - Nuveen Quality Preferred Income Fund II (X) | A | Dividend | L | T | Buy | 12/17/12 | K | | |
| 28. JNK - SPDR Barclays High Yield Bond (X) | C | Dividend | L | T | Buy | 03/13/12 | L | | |
| 29. HYT - Blackrock Corp High Yield Fund VI (X) | C | Dividend | K | T | Buy | 02/29/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional information from: Part VII. Investments and Trusts.
#3  Wells Fargo Money Market (Formerly "Wachovia Securities Money Market")

#7  BGR - Blackrock Energy & Resource Trust Fund (Formerly "Blackrock Global")

#13 BTZ - Blackrock Cr Alloc Inc Tr IV (Formerly "Blackrock Pref Eq Trust")

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sam E. Haddon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544